# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| JEROME WILBURT MADDOX ) | Case No: 88-50070 |
| ) | USM No: 10498-039 |
| Date of Previous Judgment: 9/18/1989 ) | JOAN MORGAN |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __264__ months **is reduced to** __TIME SERVED__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 44 | Amended Offense Level: | 42 |
| Criminal History Category: | | Criminal History Category: | |
| Previous Guideline Range: | LIFE to ___ months | Amended Guideline Range: | 360 to LIFE months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __9/18/1989__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: March 28, 2008

_____
Judge's signature

Effective Date: 3-28-08
(if different from order date)

Paul D. Borman, U.S. District Judge
Printed name and title